

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00454-CV
No. 04-13-00455-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2013MH1871, 2013MH1959
Honorable Oscar Kazen, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Judgment-Court-Ordered Temporary Mental Health Services Order and the trial court's Order to Compel Psychoactive Medications are AFFIRMED.

No costs are assessed against appellant because she is indigent.

SIGNED November 27, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice